RECEIVED
SEP 06 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTY STRICKLAND, ET AL | : CIVIL ACTION NUMBER: CV04-2266 |
| VERSUS | : JUDGE: DRELL |
| COMMUNITY HEALTH SYSTEMS, INC., ET AL | : MAGISTRATE: KIRK |

## OBJECTION TO REPORT AND RECOMMENDATION

NOW INTO COURT, through undersigned counsel, come **CHRISTY STRICKLAND, CHARLES STRICKLAND, MICHAEL BOOZER, RAMONA EDWARDS, GEORGE EDWARDS, PEGGY YVONNE HALL, CARL HALL, ELIZABETH JONES, DAVY JONES, ALMA KAPOTSY, GEORGE KAPOTSY, JR. AND SANDRA KAPOTSY, ON BEHALF OF GEORGE KAPOTSY, III, CAMI LINDGREN, GORDON LINDGREN, CHANDA HESTER, RAYMOND RADOS, BOBBY SMITH, PEGGY SMITH, ANNE STEVENS, MATTHEW STEVENS, LOIS PARROTT, INDIVIDUALLY AND ON BEHALF OF COURTNEY STAPLETON AND KENDRA STAPLETON, ONEAL HENDERSON, JR., CLARA HENDERSON, PAMELA GARAY, CARLOS GARAY, TENA DIANNE JEANE, LARRY JEANE, JOHNIE FOX, ELLA WOOD, BEVERLY PARIS, ELSA GAJEWSKY, THOMAS GAJEWSKY, JACK SMITH, MARIE SMITH, JAMES STINSON, SHERRI LOUVIER, SONYA SMITH, MITCHELL SMITH, LINDA SLAYDON, OLGA REYES,**

**JOSE REYES, SHANELL MORRIS, AUBREY MORRIS, JUDY FOOTE MCDONNELL and ERMA FOOTE**, plaintiffs, who respectfully object to the Report and Recommendation made by the Magistrate in the above captioned matter.

It would be impossible to conclude that a hospital being written to by other urologists that Dr. John T. Ning was incompetent, that the hospital receiving direct contact from physicians that Dr. John T. Ning was incompetent, that the hospital administration receiving telephone calls that Dr. John T. Ning was incompetent, and that the hospital's background check on John T. Ning's incompetency constituted "healthcare" imagined by the Louisiana Medical Malpractice Act.

The Magistrate acknowledges the contrary authority most recently voiced in <u>Bickham v. Imphynet, Inc.</u>, 899 So.2d 15 (La. App., 1st Cir., 2004) and <u>Williams v. State</u>, 801 So.2d 463 (La. App., 1st Cir., 2001) and <u>Eusea v. Blanchard</u>, 899 So.2d 41 (La. App., 1st Cir., 2005).

While the Court may disagree with applicable jurisprudence, the Court is <u>Erie</u> bound.

While we respectfully acknowledge the thought process of the Magistrate, it is completely devoid of applicable authority from Louisiana case law to support this report and recommendation. Accordingly, the plaintiffs appeal this recommendation to the District Court by objecting to the report and recommendation of the Magistrate.

Respectfully Submitted:

R. Scott Iles, #19936
P. O. Box 3385
Lafayette, LA 70502
1200 West University Avenue
Lafayette, LA 70506
337/234-8800
Fax: 337/234-4080

Jill Chatelain
Jane Brown
P. O. Box 4905
Beaumont, TX 77704
409/835-6000
Fax#409/838-8888

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has this day been forwarded to all known counsel of record by depositing a copy of same in the United States mail, postage prepaid and properly addressed.

Lafayette, Louisiana this 1st day of September, 2005.

R. SCOTT ILES

LAW OFFICES OF

███████████████

R. SCOTT ILES
LEE ANN ILES

**RECEIVED**
SEP 0 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

Lafayette, Louisiana
September 1, 2005

Clerk of Court
United States District Court
300 Fannin Street
1167 U.S. Courthouse
Shreveport, LA 71101

    RE:    Christy Strickland, et al vs. Community Health Systems, Inc., et al
             Docket Number: CV04-2266

Dear Sir:

    Please find enclosed an Objection to Report and Recommendation to be filed into the above captioned matter.

Yours very truly,

R. Scott Iles

RSI/lld
Enclosure
cc:    Hon. Dee Drell
        Magistrate James D. Kirk
        Mr. Frederick B. Alexius
        Mr. Jeremy C. Cedars
        Ms. Jill Chatelain
        Ms. Jane Brown